1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

15  AUDRA SHORT, INDIVIDUALLY, AS
    HEIR, AS ADMINISTRATOR OF THE
16  ESTATE OF CHRISTOPHER CAREY
    SHORT, DECEASED, AND ON BEHALF
17  OF A.S., SURVIVING MINOR CHILD OF
    CHRISTOPHER CAREY SHORT,
18
                Plaintiff,
19
        v.
20
21  SIERRA NEVADA CORP.; and EMBRAER
    DEFENSE & SECURITY, INC.,
22
                Defendants.
23

Case No.  3:20-cv-00431-RJC-WGC

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS PARTICULAR CASE AND DESIGNATION OF LOCAL COUNSEL**
       **(First Request)**

24

25      Defendant Sierra Nevada Corporation ("SNC"), by and through its counsel of record, the
26  law firm of Fox Rothschild LLP, submits this Motion to Extend Deadline to File Verified Petition
27  for Permission to Practice in This Particular Case and Designation of Local Counsel. In
28  compliance with Local Rule IA 6-1, this is the first request to extend the deadline to submit the

Verified Petition and Designation of Local Counsel, and the deadline for submitting the Verified Petition and Designation of Local Counsel has not yet passed. On July 22, 2020, this Court entered the Notice to Counsel Pursuant to Local Rule IA 11-2 to Counsel Diane Westwood Wilson (the "Notice"). Local Rule IA 11-2(e) and the Notice currently require Ms. Wilson to submit her Verified Petition and Designation of Local Counsel by August 5, 2020.

One requirement for admission to practice in a particular case is that the attorney seeking admission attach a "certification issued within six months before the date of filing of the verified petition that the applicant's membership is in good standing from the state bar or from the clerk of the supreme court or highest admitting court of every state, territory, or insular possession of the United States in which the applicant has been admitted to practice law." Local Rule IA 11-2(b)(3).

Due to the ongoing Covid-19 global pandemic, the clerk's offices in various states are experiencing delayed response times due to remote work conditions, among other things. Ms. Wilson is admitted to practice law in Connecticut, New York, and New Jersey. Pursuant to Local Rule IA 11-2(b)(3), the Verified Petition must be accompanied by certificates of good standing from all three jurisdictions. Although Ms. Wilson timely sought certificates of good standing from all jurisdictions in which Ms. Wilson has been admitted to practice law, Ms. Wilson has received the certificate from the highest admitting court of New York only. To date, Ms. Wilson awaits certificates of good standing from the highest admitting courts of New Jersey and Connecticut. Due to the ongoing pandemic, Ms. Wilson expects that receipt of the outstanding certificates will be delayed beyond the current August 5, 2020 deadline.

Accordingly, SNC respectfully requests that the deadline for filing the Verified Petition and Designation of Local Counsel be extended 45 days until Monday September 21, 2020, a date

//

//

//

//

2

by which Ms. Wilson reasonably expects the respective courts to respond to the requests for certificates of good standing.

DATED this 31st day of July, 2020.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
Mark J. Connot (10010)
Lucy C. Crow (15203)
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
lcrow@foxrothschild.com

DIANE WESTWOOD WILSON
(*Pro Hac Vice forthcoming*)
**FOX ROTHSCHILD LLP**
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900 tel
(212) 692-0940 fax
dwilson@foxrothschild.com

*Attorneys for Defendants Sierra Nevada Corp.*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: August 11, 2020.**

3