# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Audra Short

       Plaintiff(s),

vs.

Sierra Nevada Corp. and Embraer Defense & Security, Inc.

       Defendant(s).

Case #3:20-cv-00431-RCJ-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Diane Westwood Wilson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fox Rothschild LLP_____
(firm name)

with offices at _____101 Park Avenue, Suite 1700_____,
(street address)

_____New York_____, _____New York_____, _____10178_____,
(city) (state) (zip code)

_____(212) 878-7900_____, _____dwilson@foxrothschild.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Defendant Sierra Nevada Corp._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___07/14/1984___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___New York___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Connecticut Bar Association
New York Bar Association
New York City Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __New York__ )
)
COUNTY OF __New York__ )

__Diane Westwood Wilson__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18__ day of __August__, __2020__.

_____
Notary Public or Clerk of Court

REBECCA A. TINGEY
Commission expires 12/11/23
No. 02TI6174912
Qualified in Kings County

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Mark J. Connot, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__One Summerlin, 1980 Festival Plaza Drive, Suite 700__,
(street address)

__Las Vegas__, __Nevada__, __89135__,
(city)          (state)          (zip code)

__(702) 262-6899__, __mconnot@foxrothschild.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Mark J. Connot, Esq.___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Gregory J. Livingston, General Counsel, Sierra Nevada Corporation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Mark J. Connot
Designated Resident Nevada Counsel's signature

| 10010 | mconnot@foxrothschild.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this 20th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Attachment A

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Connecticut | December 5, 2003 | ct25376 |
| District of New Jersey | September 12, 2018 | 271822018 |
| Eastern District of New York | June 4, 1985 | DW0520 |
| Southern District of New York | June 4, 1985 | DW0520 |
| Eastern District of Michigan | October 3, 1996 | No bar number issued |
| Second Circuit Court of Appeals | January 24, 2018 | 90-757 |
| Fourth Circuit Court of Appeals | April 29, 1999 | No bar number issued |
| Ninth Circuit Court of Appeals | February 10, 1993 | 351623 |
| D.C. Circuit Court of Appeals | October 27, 1999 | 46521 |
| U.S. Supreme Court | August 29, 1997 | 222102 |

# State of Connecticut

# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* **Bridgeport** *on the* **3rd** *day of* **November, 1983**

**Diane Westwood Wilson**

*of*

**New York, New York**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **August 12, 2020**



*Carolyn C. Ziogas*
*Chief Clerk*

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Diane Westwood Wilson** (No. **271822018**) was constituted and appointed an Attorney at Law of New Jersey on **September 12, 2018** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 6th day of August, 2020.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Diane W. Wilson

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **14th day of July, 1984**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **30th day of July, 2020**.

Robert D Mayberger

Clerk