# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUDRA SHORT, INDIVIDUALLY, AS HEIR, AS ADMINISTRATOR OF THE ESTATE OF CHRISTOPHER CAREY SHORT, DECEASED, AND ON BEHALF OF A.S., SURVIVING MINOR CHILD OF CHRISTOPHER CAREY SHORT,<br><br>              Plaintiff,<br><br>    vs.<br><br>SIERRA NEVADA CORP., EMBRAER DEFENSE & SECURITY, INC.,<br><br>              Defendants. | 3:20-cv-00431-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>September 14, 2020 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Unopposed Motion to Extend Deadline to File Discovery Plan/Scheduling Order (ECF No. 27). Plaintiff requests that the court extend the deadline to file the Discovery Plan/Scheduling Order to seven (7) days after the court's decision on Plaintiff's pending motion to remand (ECF No. 21).

Plaintiff's Unopposed Motion to Extend Deadline to File Discovery Plan/Scheduling Order (ECF No. 27) is **GRANTED** to the extent that the deadline for the parties to submit their proposed Discovery Plan and Scheduling Order is extended to and including **January 15, 2021**. If Plaintiff's motion to remand is still pending, Plaintiff is given leave to renew the motion to extend deadline to file Discovery Plan and Scheduling Order.

     IT IS SO ORDERED.

                              DEBRA K. KEMPI, CLERK

                              By:        /s/
                                   Deputy Clerk