**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

AUDRA SHORT, Individually, as Heir, as Administrator of the Estate of Christopher Carey Short, Deceased, and on behalf of A.S

Plaintiff(s),

vs.

SIERRA NEVADA CORP.; and EMBRAER DEFENSE & SECURITY, INC.,

Defendant(s).

Case #3:20-cv-00431-RJC-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel O. Rose_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kreindler & Kreindler LLP
(firm name)

with offices at   750 Third Avenue, 32nd Floor   ,
(street address)

  New York  ,   New York  ,   10017  ,
(city)            (state)         (zip code)

  212-973-3414  ,   drose@kreindler.com  .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

        Audra Short         to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>November 12, 1997</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>New York</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Rider Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | None |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Bradley L. Booke_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Audra Short_____
(party's signature)

Audra Short
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Bradley L. Booke_____
Designated Resident Nevada Counsel's signature

2662                           brad.booke@lawbooke.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Bradley L. Booke_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Audra Short_____
(party's signature)

Audra Short
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____    brad.booke@lawbooke.com
Bar number                        Email address

APPROVED:

Dated: this __22ND__ day of ____SEPTEMBER____, 20__20__

_____/s/ R. James_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**RIDER**

Daniel O. Rose, Esq., was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and Courts of other States on the dates indicated for each, and is presently a member in good standing of the bars of said Courts.

| ADMITTED | DATE | BAR NO. |
|---|---|---|
| State Courts of New Jersey | June 3, 1996 | 012581996 |
| District of New Jersey | June 10, 1996 | DR9012 |
| State Courts of New York | November 12, 1997 | 2774271 |
| Eastern District of New York | October 6, 1998 | DR9012 |
| Southern District of New York | October 6, 1998 | DR9012 |
| Western District of Michigan | March 24, 2000 | No Bar No. Issued |
| Northern District of New York | April 17, 2003 | DR9012 |
| U.S. Court of Appeals Second Circuit | June 14, 2005 | DR9012 |
| Northern District of Illinois | June 28, 2006 | 2774271 |
| Northern District of Florida | March 17, 2008 | 2774271 |
| Western District of New York | June 30, 2009 | DR9012 |
| U. S. Court of Appeals Fourth Circuit | January 25, 2010 | No Bar No. Issued |
| U. S. Court of Appeals Eleventh Circuit | May 31, 2016 | |



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Daniel Ofrey Rose** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 12th day of November 1997, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 21, 2020.



*Aprilanne Agostino*

Clerk of the Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Daniel Ofrey Rose** (No. **012851996**) was constituted and appointed an Attorney at Law of New Jersey on **June 3, 1996** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 25th day of August, 2020.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-