MARK J. CONNOT (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com

DIANE WESTWOOD WILSON
(*Admitted Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900 tel
(212) 692-0940 fax
dwilson@foxrothschild.com
*Attorneys for Defendant Sierra Nevada Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AUDRA SHORT, INDIVIDUALLY, AS HEIR, AS ADMINISTRATOR OF THE ESTATE OF CHRISTOPHER CAREY SHORT, DECEASED, AND ON BEHALF OF A.S., SURVIVING MINOR CHILD OF CHRISTOPHER CAREY SHORT,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA CORP.; and EMBRAER DEFENSE & SECURITY, INC.,<br><br>Defendants. | Case No. 3:20-cv-00431-RJC-WGC<br><br>**MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Fox Rothschild LLP ("Fox"), attorneys for Defendant Sierra Nevada Corp. ("Defendant") provides notice and moves for relief as follows:

Lucy C. Crow is no longer associated with Fox. Fox requests that she be removed as counsel for Defendant and the email address lcrow@foxrothschild.com be removed from the Court's electronic service list.

/ /

1  Fox continues to serve as counsel for Defendant Sierra Nevada Corp. and requests that all
2  future correspondence, papers and future notices in this action continue to be directed to Mark J.
3  Connot and Dianne Westwood Wilson.
4  DATED this 15th day of January, 2021.

                                    **FOX ROTHSCHILD LLP**

                                    */s/ Mark J. Connot*
                                    MARK J. CONNOT (10010)
                                    1980 Festival Plaza Drive, Suite 700
                                    Las Vegas, NV 89135
                                    mconnot@foxrothschild.com

                                    DIANE WESTWOOD WILSON
                                    (*Admitted Pro Hac Vice*)
                                    **FOX ROTHSCHILD LLP**
                                    101 Park Avenue, Suite 1700
                                    New York, New York 10178
                                    dwilson@foxrothschild.com
                                    *Attorneys for Defendant Sierra Nevada Corp.*

   **IT IS SO ORDERED**

   _____
   **UNITED STATES MAGISTRATE JUDGE**

   Dated:  January 15, 2021

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Fox Rothschild LLP, and that on the 15th day of January, 2021, and pursuant to FRCP 5(b), a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE LIST** was served via the Court's electronic filing system to the parties listed below:

>Bradley L. Booke, Esq.
>10161 Park Run Drive, #150
>Las Vegas, NV  89145
>brad.booke@lawbooke.com
>
>Daniel O. Rose, Esq.
>Kevin J. Mahoney, Esq.
>Kreindler & Kreindler LLP
>750 Third Avenue
>New York, NY  10017
>drose@kreindler.com
>kmahoney@kreindler.com
>*Attorneys for Plaintiff*

>    */s/ Doreen Loffredo*
>    An employee of Fox Rothschild LLP

3

Active\118649046.v1-1/15/21