**LAW OFFICES OF BRADLEY L. BOOKE**
Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

**KREINDLER & KREINDLER LLP**
Daniel O. Rose (*pro hac vice* pending)
Kevin H. Maloney (*pro hac vice* pending)
750 Third Avenue
New York, New York 10017
(212) 687-8181
drose@kreindler.com
kmaloney@kreindler.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

AUDRA SHORT, INDIVIDUALLY, AS HEIR, AS ADMINISTRATOR OF THE ESTATE OF CHRISTOPHER CAREY SHORT, DECEASED, AND ON BEHALF OF A.S., SURVIVING MINOR CHILD OF CHRISTOPHER CAREY SHORT,

                    Plaintiff,

          v.

SIERRA NEVADA CORP.; and EMBRAER DEFENSE & SECURITY, INC.,

                    Defendants.

Case No. 3:20-cv-00431-RJC-WGC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Audra Short, individually as heir, as administrator of the Estate of Christopher Carey Short, deceased, and on behalf of A.S., surviving minor child of Christopher Carey Short and Defendants Sierra Nevada Corp. and Embraer Defense & Security, Inc. hereby stipulate to

-1-

dismiss this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

AGREED THIS 25th day of June, 2021

/s/ Bradley L. Booke
Bradley L. Booke #2662
**LAW OFFICE OF BRADLEY L. BOOK**
10161 Park Run Drive #150
Las Vegas, Nevada 89145
(702) 241-1631
(866) 297-4863 Fax
brad.booke@lawbooke.com


Daniel O. Rose
*Pro hac vice*
Kevin J. Mahoney
*Pro hac vice*
**KREINDLER & KREINDLER LLP**
485 Lexington Ave.
New York, New York 10017
(212) 687-8181
drose@kreindler.com
kmahomey@kreindler.com

*Attorneys for Plaintiff*


/s/ Mark Connot
Mark J. Connot (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com

DIANE WESTWOOD WILSON
**FOX ROTHSCHILD LLP**
101 Park Avenue, Suite 1700
New York, New York 10178
(212) 878-7900 tel
(212) 692-0940 fax
dwilson@foxrothschild.com

***Attorneys for Defendants Sierra Nevada Corp.***

*/s/* Andrew Johnson
Andrew C. Johnson
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
310-557-2030
310-557-1299 (fax)
ajohnson@condonlaw.com

Michael A. Pintar
MCCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH, LLP
241 Ridge Street
Suite 300
Reno, NV 89501
775-333-0400
775-333-0412 (fax)
mpintar@mccormickbarstow.com

***Attorneys for Defendant Embraer Defense &***
***Security, Ind.***

**ORDER**

**IT IS SO ORDERED.**

**ROBERT C. JONES**
**United States District Judge**
**DATED:  June 25, 2021.**